ACCEPTED
06-15-00024-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/25/2015 8:05:50 PM
DEBBIE AUTREY
CLERK

| Appellate Docket Number: | 06-15-00024-CR |
| --- | --- |
| Appellate Case Style: Style: | Rodney Wayne Boyett |
| Vs. | State of Texas |

| Companion Case: | |
| --- | --- |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/26/2015 9:09:00 AM
DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

### I. Appellant

| First Name: | Rodney |
| --- | --- |
| Middle Name: | Wayne |
| Last Name: | Boyett |
| Suffix: | |

Appellant Incarcerated?  ☐ Yes  ☒ No

Amount of Bond:

Pro Se: ○

### II. Appellant Attorney(s)

☒ Lead Attorney

| First Name: | Michael |
| --- | --- |
| Middle Name: | |
| Last Name: | Mowla |
| Suffix: | |

☐ Appointed          ☐ District/County Attorney
☒ Retained           ☐ Public Defender

| Firm Name: | Michael Mowla, PLLC |
| --- | --- |
| Address 1: | 445 E. FM 1382 No. 3-718 |
| Address 2: | |
| City: | Cedar Hill |
| State: | Texas       Zip+4: 75104 |
| Telephone: | 972-795-2401     ext. |
| Fax: | 972-692-6636 |
| Email: | michael@mowlalaw.com |
| SBN: | 24048680 |

Add Another Appellant/ Attorney

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: State of Texas | ☒ Lead Attorney |
| Middle Name: | First Name: Gary |
| Last Name: | Middle Name: |
| Suffix: | Last Name: Young |
| Appellee Incarcerated? ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed    ☒ District/County Attorney |
| Pro Se: ◯ | ☐ Retained    ☐ Public Defender |
| | Firm Name: Lamar County District Attorney |
| | Address 1: 119 North Main |
| | Address 2: |
| | City: Paris |
| | State: Texas    Zip+4: 75640 |
| | Telephone: (903) 737-2458    ext. |
| | Fax: (903) 737-2455 |
| | Email: gyoung@co.lamar.tx.us |
| | SBN: 00785298    Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Controlled Substances

Type of Judgment: Bench Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: February 3, 2015

Offense charged: Poss. Chem. w/Intn Man. CS/Consp. CS

Date of offense: 09/24/2013

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?
☒ Yes ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: February 4, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 5 years, probated for 3 years, $500 fine

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☐ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☒ NA    If yes, date filed:

Date of hearing:    ☐ NA

Date of order:    ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 6th District Court

County: Lamar County

Trial Court Docket Number (Cause no): 25506

Trial Court Judge (who tried or disposed of the case):

First Name: Will

Middle Name:

Last Name: Biard (Presiding over case)

Suffix:

Address 1: 119 North Main

Address 2:

City: Paris

State: Texas    Zip + 4: 75460

Telephone: (903) 737-2434    ext.

Fax: (903) 737-2483

Email:

Clerk's Record:

Trial Court Clerk: ☒ District    ☐ County

Was clerk's record requested? ☒ Yes    ☐ No

If yes, date requested: Feb 23, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☒ Yes    ☐ No    ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes    ☐ No

Was reporter's record requested? ☒ Yes    ☐ No

Was the reporter's record electronically recorded? ☒ Yes    ☐ No

If yes, date requested: Feb 23, 2015

Were payment arrangements made with the court reporter/court recorder? ☒ Yes    ☐ No    ☐ Indigent

---

☒ Court Reporter    ☐ Court Recorder
☐ Official    ☐ Substitute

First Name: Anna

Middle Name:

Last Name: Upchurch

Suffix:

Address 1: 119 North Main

Address 2:

City: Paris

State: Texas    Zip + 4: 75460

Telephone: 903-737-2433    ext.

Fax:

Email: Districtcourt_62nd_lamar_tx@yahoo.com ☐

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [ ]                                             Court: [ ]

Style: [ ]

Vs.     State of Texas

## X.  Signature

Signature of counsel (or Pro Se  Party) _____     Date:  February 25, 2015

                                                                State Bar No: 24048680

Printed Name: _____

Electronic Signature:  /s/ Michael Mowla                        Name:  Michael Mowla
      (Optional)

## XI.  Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  February 25, 2015     .

Signature of counsel (or pro se party) _____     Electronic  Signature:  /s/ Michael Mowla
                                                                     (Optional)

                                                                State Bar No.:  24048680

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: February 25, 2015

Manner Served: Email

First Name: Gary

Middle Name:

Last Name: Young

Suffix:

Law Firm Name: Lamar County District Attorney

Address 1: 119 North Main

Address 2:

City: Paris

State Texas          Zip+4: 75640

Telephone: (903) 737-2458      ext.

Fax: (903) 737-2455

Email: gyoung@co.lamar.tx.us